# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 09-cr-00344-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KATRINA A. WHITE, and
2. WILLIE JAMES SANFORD

    Defendants.

---

## MINUTE ORDER SETTING TRIAL DATES AND DEADLINES

ENTERED BY CHRISTINE M. ARGUELLO

    Pretrial motions shall be filed by **November 20, 2009** and responses to these motions shall be filed by **December 8, 2009**.  It is

    A one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **December 18, 2009, at 3:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

    A  five-day jury trial is set for **January 11, 2010, at 9:00 a.m.**, in Courtroom A602.

    DATED: October 20, 2009.