**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00344-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.**    **WILLIE JAMES SANFORD,**

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 38), a Change of Plea hearing is set for **February 10, 2010 at 10:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on February 3, 2010**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for December 18, 2009, and the five-day jury trial, set to commence January 11, 2010, are VACATED.

DATED:  December   10  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge