**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00344-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    WILLIE JAMES SANFORD,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the sentencing for Defendant Willie James Sanford is RESET to **June 3, 2010 at 9:30 a.m.**

    DATED: April 14, 2010